Civil Rights Complaint (Rev. 03/98)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

George c. swinyer JR.
(Name of Plaintiff)

C04-5348RBL/JKA

vs.

CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983

Michael B. Cole, Nick Jendreau,
william Sufianos,
Joe Dunegan,
clark county, washington.
(Names of Defendants)

04-CV-05348-CMP

I. **Previous Lawsuits:**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner: ☒ Yes ☐ No

B. If your answer to A is yes, how many?: 1 Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff George c. Swinyer JR.

Defendants Anyka N. Levi, Sheri Roseburg, DSHS, clark county, washington.

2. Court (give name of District)

western District.

3. Docket Number C04-5028 RJB

4. Name of judge to whom case was assigned Robert J. Bryan — J. Kelley Arnold. Don't Remember

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)
Dismissed without prejudice - moot.

6. Approximate date of filing lawsuit I believe January 2004

7. Approximate date of disposition 4-9-04

II. **Place of Present Confinement:** Clark County Jail

A. Is there a prisoner grievance procedure available at this institution?
☒ Yes ☐ No

B. Have you filed any grievances concerning the facts relating to this complaint?
☒ Yes ☒ No

If your answer is NO, explain why not Filed written complaint, And Criminal Charges.

C. Is the grievance process completed? ☒ Yes ☐ No

If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**
Do not Have copy

III. **Parties to this Complaint**

A. Name of Plaintiff: George C. Swinyer Jr Inmate No.: 151561
Address: P.O. Box 1147 Vancouver, WA. 98666

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Name of Defendant: Michael B. Cole
Official position: Custody Officer
Place of employment: Clark County Sheriff's Office (Jail)
Address: 1502 NW 113th St. Vancouver, WA. 98685.

C. Additional defendants Nick Jendreau, William Sufianos, Joe Dunegan, Clark County, Washington.

III. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

See Attached written complaint.

IV. **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To grant Plaintiff's motion to proceed in informa pauperis, 2. Grant plaintiff His property., 3. Grant plaintiff injunction relief and tro., 4. Grant plaintiff Damages against the Defendants, 5. Grant plaintiff an attorney to help proceed in this case., 6. Grant plaintiff any and all other relief necessary, just, proper, and written in written in complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of June, 2004

George C. Swinyer Jr.
(Signature of Plaintiff)



**INMATE GRIEVANCE FORM**
**CLARK COUNTY JAIL**

An inmate grievance must concern a jail rule, complaint of an action by an officer / employee in administering jail rules. An inmate has up to seven (7) days to file a written grievance once they become aware of a grievable issue which cannot be resolved through oral communication. Late filings will be rejected unless approved by a supervisor. You must first attempt to resolve a grievance informally with your pod officer or the employee concerned. *If your grievance cannot be resolved informally, then you may submit a grievance in the following manner:*

Request a grievance from you pod officer. The pod officer may place comments on it and forward it to the Shift Sergeant. You will receive a written response to your grievance from a Shift Sergeant within five (5) business days. After receiving the response, if you're not satisfied with it, you may continue to grieve in the same manner to the Watch Commander and last with the Chief Jail Administrator. You have only 48 hours, from receiving your answer to file your grievance to the next level. Each administrative level has the (10) business days to respond. All steps must be followed in order to consider the administrative remedies "Exhausted."

Disciplinary sanctions should be appealed using the guidelines contained in the disciplinary appeals section of the inmate handbook.

Inmate Name: George Swinyer POD: A3-3 CFN: 151561 Date: 4-25-04

Accepting Officer: WINSTEAD PSN: 3896

STATE YOUR GRIEVANCE - PLEASE BE SPECIFIC:

I was denied a copy of the duty roster which provides only officer's names, badge numbers and possibly their official title-(sgt., etc.). Wherefor it is public access and/or accessible to the public. And is requested for proper identification and spelling and such for legal purposes. Therefor I am being deprived my rights to seek and/or access adequate legal materials and remedies, etc. And for finding their first and last name as well as badge number, and to search for names I may not remember. And whereas yet officer wear name tags also. However it does not state Badge number (PSN) and only states one name.

WHAT RESOLUTION ARE YOU REQUESTING?

I would like to obtain a duty roster of all officers of the [illegible].

Revised: Nov. 2000

LEVEL 1 - SHIFT SUPERVISOR

RESPONSE:
I do not have the authority to provide that information to you. If it is public information, I would suggest you contact your attorney to find out how to get it. It's possible it may require a subpoena to get that info.

SHIFT SUPERVISOR NAME: Sgt [illegible] 3264 RESPONSE DATE 4/27/04

LEVEL 2 - WATCH COMMANDER: DATE SUBMITTED: 4-28-04

RESPONSE:
Mr Sawyer: If you have a specific request for public disclosure information, please send a letter to:

Clark County Sheriff's Office
PO Box 410
Vancouver WA 98666
Attn: Public Disclosure Request

WATCH COMMANDER NAME: Cmdr Barrett RESPONSE DATE 4/28/04

I don't see why I'd have to write some other place, when they can be readily accessed here. But instead you only want to delay me. whereas all you'd have to do is make a copy for the one's [illegible] have available. which should be in the law library in the first place for that [illegible].

LEVEL 3 – JAIL ADMINISTRATOR: DATE SUBMITTED: 4-29-04

RESPONSE:
Denied Not a grievable issue. If you have a Public Disclosure Request you must file it properly. A grievance is not the proper format for making such a Request.

LEVEL 3 – JAIL ADMINISTRATOR: [signature] RESPONSE DATE: 5-3-04



# INMATE GRIEVANCE FORM
# CLARK COUNTY JAIL

An inmate grievance must concern a jail rule, complaint of an action by an officer / employee in administering jail rules. An inmate has up to seven (7) days to file a written grievance once they become aware of a grievable issue which cannot be resolved through oral communication. Late filings will be rejected unless approved by a supervisor. You must first attempt to resolve a grievance informally with your pod officer or the employee concerned. If your grievance cannot be resolved informally, then you may submit a grievance in the following manner:

Request a grievance from you pod officer. The pod officer may place comments on it and forward it to the Shift Sergeant. You will receive a written response to your grievance from a Shift Sergeant within five (5) business days. After receiving the response, if you're not satisfied with it, you may continue to grieve in the same manner to the Watch Commander and last with the Chief Jail Administrator. You have only 48 hours, from receiving your answer to file your grievance to the next level. Each administrative level has the (10) business days to respond. All steps must be followed in order to consider the administrative remedies "Exhausted."

Disciplinary sanctions should be appealed using the guidelines contained in the disciplinary appeals section of the inmate handbook.

Inmate Name: George Swinyer POD: A2-1 CFN: 151561 Date: 4-18-04

Accepting Officer: DB PSN: 3892

STATE YOUR GRIEVANCE - PLEASE BE SPECIFIC:

I was denied my rights to know your written policies on the foregoing issue herein, wherefore the law library is inadequate to that fact that it does not have the policies and procedures readily available to inmates. It was stated by unknown Sgt. 3264 that such polices are confidential, whereas they are not confidential, due to public disclosure and discovery [illegible] rules. (public access), But instead I believe it is a [illegible] denial of such policies and procedures. See kite of 4-17-04.

WHAT RESOLUTION ARE YOU REQUESTING?

I am wanting to know the procedures, policies, common practice, duties and administrative law as to the custody officer's duty(s) to administer or uphold or ensure the safety and welfare of the Jail, custody officer's and inmates. Example: If an officer is standing within 5 feet from an inmate when an inmate is assaulted by another officer(s) or inmate(s) what should that officer do? Is the officer to [illegible] with the assault, or take measures in preventing any further harm and [illegible], And file a report, or is he to [illegible] and file a report. Please provide [illegible] of the [illegible] commonly [illegible], administrative [illegible].

Revised: Nov. 2000

LEVEL 1 - SHIFT SUPERVISOR

RESPONSE:
Our Policy & Procedure Manual does not address the specific example you have supplied. That would be a matter addressed by the RCW or Case Law. If you have a specific example of an incident that happened, please suppl details so the issue can be addressed. Any requests for policy informati would have to be made through the public information office.

SHIFT SUPERVISOR NAME: Sgt Neal [illegible] RESPONSE DATE 4/26/04

LEVEL 2 - WATCH COMMANDER: DATE SUBMITTED: 4-28-04

RESPONSE:
Mr. Sawyer: Please see attached grievance for my response.

WATCH COMMANDER NAME: Cmdr [illegible] RESPONSE DATE 4/28/04

LEVEL 3 – JAIL ADMINISTRATOR: DATE SUBMITTED: ______

RESPONSE:
Denied. Please make your Request for Policies through ~~the~~ proper Public disclosure Request.
Not a grievable issue.

LEVEL 3 – JAIL ADMINISTRATOR: [signature] RESPONSE DATE: ~~4~~ 5-3-0[illegible]

Revised: Nov. 2000

Second Level

# INMATE GRIEVANCE FORM
## CLARK COUNTY JAIL

LC #62

An inmate grievance must concern a jail rule, complaint of an action by an officer / employee in administerin jail rules. An inmate has up to seven (7) days to file a written grievance once they become aware of a grievab issue which cannot be resolved through oral communication. Late filings will be rejected unless approved by supervisor. You must first attempt to resolve a grievance informally with your pod officer or the employee concerned. If your grievance cannot be resolved informally, then you may submit a grievance in the followin manner:

Request a grievance from you pod officer. The pod officer may place comments on it and forward it to the Sh Sergeant. You will receive a written response to your grievance from a Shift Sergeant within five (5) business days. After receiving the response, if you're not satisfied with it, you may continue to grieve in the same manner to the Watch Commander and last with the Chief Jail Administrator. You have only 48 hours, from receiving your answer to file your grievance to the next level. Each administrative level has the (10) business days to respond. All steps must be followed in order to consider the administrative remedies "Exhausted."

Disciplinary sanctions should be appealed using the guidelines contained in the disciplinary appeals section of the inmate handbook.

Inmate Name: George Swinyer POD: A3-3 CFN: 151561 Date: 4-23-04

Accepting Officer: R. Lore PSN: 3794

STATE YOUR GRIEVANCE - PLEASE BE SPECIFIC:

I entered this facility on 4-2-04 after being sent from walla walla and Shelton prison(s). I still have not recieved my property. which contains legal documents and other legal materials and miscell property (Hygiene and writing materials, etc). I don't know if its bee transfered here or not. However it is my belief that this facili has means and/or ways to obtaining my property.

WHAT RESOLUTION ARE YOU REQUESTING?

I'd like my property. Especially my legal materials. I'd like my property to be gone through in my presence as well do to confidential legal and non legal informat and documents contained in my property. I need my property imediately due to court deadlines and legal purposes.

Revised: Nov. 2000

LEVEL 1 - SHIFT SUPERVISOR

RESPONSE:
I checked the contents of your property here and am finding no legal documents or materials. You will have to contact the previous institu[illegible] you were incarcerated in to make your request. The address for Shelto[illegible] is: W. 2321 Dayton Airport Road, PO Box 900, Shelton, WA 98584. The address for Walla Walla is: 1313 N.13th, Walla Walla, WA 99362.

SHIFT SUPERVISOR NAME: Sgt [illegible] 3264 RESPONSE DATE 4/24/04

may you more specific as to what has been placed in my property. And I have already wrote letters to both these facilities. And I have a right to ask that you properly address issue by having you call them, whereas I do have a right to my proper[illegible]

LEVEL 2 - WATCH COMMANDER: DATE SUBMITTED: 4-24-04

RESPONSE:
Mr. Swinyer: There are two bottles of medications in your property. That is all. Feel free to contact WA DOC via U.S. mail or have your attorney contact them.

WATCH COMMANDER NAME: Cmdr [illegible] RESPONSE DATE 4/26/04

LEVEL 3 – JAIL ADMINISTRATOR: DATE SUBMITTED: 4-26-04

RESPONSE:
Denied. You have the Right to ask us to help you track down your property but we have no obligation to assist you. We have provided you with the contact mailing address and we will not be contacting DOC on your behalf.

LEVEL 3 – JAIL ADMINISTRATOR: Joe Dunegan RESPONSE DATE: 4-28-04

Revised: Nov. 2000

**INMATE GRIEVANCE FORM**
**CLARK COUNTY JAIL**

An inmate grievance must concern a jail rule, complaint of an action by an officer / employee in administering jail rules. An inmate has up to seven (7) days to file a written grievance once they become aware of a grievable issue which cannot be resolved through oral communication. Late filings will be rejected unless approved by a supervisor. You must first attempt to resolve a grievance informally with your pod officer or the employee concerned. If your grievance cannot be resolved informally, then you may submit a grievance in the following manner:

Request a grievance from you pod officer. The pod officer may place comments on it and forward it to the Shift Sergeant. You will receive a written response to your grievance from a Shift Sergeant within five (5) business days. After receiving the response, if you're not satisfied with it, you may continue to grieve in the same manner to the Watch Commander and last with the Chief Jail Administrator. You have only 48 hours, from receiving your answer to file your grievance to the next level. Each administrative level has the (10) business days to respond. All steps must be followed in order to consider the administrative remedies "Exhausted."

Disciplinary sanctions should be appealed using the guidelines contained in the disciplinary appeals section of the inmate handbook.

Inmate Name: George Swinger POD: A2-4 CFN: 151561 Date: 5-6-04

Addition to previous grievance 5-5-04

Accepting Officer: Plakowski PSN: 4088

STATE YOUR GRIEVANCE - PLEASE BE SPECIFIC:

Due to your denial of my legal copies you have delayed, interfered, hindered and otherwise disregarded and violated my rights to access to the courts.

You said [illegible] then [illegible] if I could do so I have no more written [illegible] to the originals [illegible] written [illegible] so as a consequence to your denying me my right to legal copies, it is so my right to legal materials.

WHAT RESOLUTION ARE YOU REQUESTING?

[illegible] on my request for a yellow legal pad of lined paper unless you give me the copies requested, as well as carbon paper (4 sheets). OR Blank paper (150 sheets) → 150 sheets

Revised: Nov. 2000

LEVEL 1 - SHIFT SUPERVISOR

RESPONSE:

Attached is a tablet of paper as you've requested. [illegible] no tablet came with it.

SHIFT SUPERVISOR NAME: Sgt [illegible] 3264 RESPONSE DATE 5/10/04

LEVEL 2 - WATCH COMMANDER: DATE SUBMITTED: 5-11-04

RESPONSE:

WATCH COMMANDER NAME: ____________ RESPONSE DATE ____________

LEVEL 3 – JAIL ADMINISTRATOR: DATE SUBMITTED: ____________

RESPONSE:

LEVEL 3 – JAIL ADMINISTRATOR: ____________ RESPONSE DATE: ____________

Revised: Nov. 2000



**INMATE GRIEVANCE FORM**
**CLARK COUNTY JAIL**

An inmate grievance must concern a jail rule, complaint of an action by an officer / employee in administering jail rules. An inmate has up to seven (7) days to file a written grievance once they become aware of a grievable issue which cannot be resolved through oral communication. Late filings will be rejected unless approved by a supervisor. You must first attempt to resolve a grievance informally with your pod officer or the employee concerned. If your grievance cannot be resolved informally, then you may submit a grievance in the following manner:

Request a grievance from you pod officer. The pod officer may place comments on it and forward it to the Shift Sergeant. You will receive a written response to your grievance from a Shift Sergeant within five (5) business days. After receiving the response, if you're not satisfied with it, you may continue to grieve in the same manner to the Watch Commander and last with the Chief Jail Administrator. You have only 48 hours, from receiving your answer to file your grievance to the next level. Each administrative level has the (10) business days to respond. All steps must be followed in order to consider the administrative remedies "Exhausted."

Disciplinary sanctions should be appealed using the guidelines contained in the disciplinary appeals section of the inmate handbook.

Inmate Name: George Swinyer POD: A2-4 CFN: 151561 Date: 5-17-04

Accepting Officer: ____________ PSN: ________

STATE YOUR GRIEVANCE - PLEASE BE SPECIFIC:

To Joe Dunegan my grievance of 5-6-04 on denial of legal copies in which you denied at the third level. And stated an incomplete case — Lewis v. Casey (?). And then state - "Limited assistance and copies of forms necessary to file a complaint." "The copies I requested were for filing a complaint and summons," which were necessary and required by the courts. Your reason's of denial were solely based on I could hand copy them becau I had wrote them by hand originally. Not to mention you also fail to recogni my medical conditions and thus continue to purposely violate my righ

WHAT RESOLUTION ARE YOU REQUESTING? which for your information you can and will be held accountable for your deliberate actions and your immunity is thus discarded a otherwised unclaim 42 USCS §1983.

I want my legal copies promptly and immediately.

Revised: Nov. 2000

LEVEL 1 - SHIFT SUPERVISOR

RESPONSE:
This issue has been already addressed by Chief Dunegan, and he is the las stop in the grievance procedure, so the issue is exhausted. You may feel free to follow any legal remedies available.

SHIFT SUPERVISOR NAME: Sgt [illegible] 3264 RESPONSE DATE 5/19/04

LEVEL 2 - WATCH COMMANDER: DATE SUBMITTED: ______

RESPONSE:

WATCH COMMANDER NAME: ______ RESPONSE DATE ______

LEVEL 3 – JAIL ADMINISTRATOR: DATE SUBMITTED: 5-17-04

RESPONSE:

LEVEL 3 – JAIL ADMINISTRATOR: ______ RESPONSE DATE: ______

Revised: Nov. 2000

# INMATE GRIEVANCE FORM
# CLARK COUNTY JAIL

An inmate grievance must concern a jail rule, complaint of an action by an officer / employee in administering jail rules. An inmate has up to seven (7) days to file a written grievance once they become aware of a grievable issue which cannot be resolved through oral communication. Late filings will be rejected unless approved by a supervisor. You must first attempt to resolve a grievance informally with your pod officer or the employee concerned. *If your grievance cannot be resolved informally, then you may submit a grievance in the following manner:*

Request a grievance from you pod officer. The pod officer may place comments on it and forward it to the Shift Sergeant. You will receive a written response to your grievance from a Shift Sergeant within five (5) business days. After receiving the response, if you're not satisfied with it, you may continue to grieve in the same manner to the Watch Commander and last with the Chief Jail Administrator. You have only 48 hours, from receiving your answer to file your grievance to the next level. Each administrative level has the (10) business days to respond. All steps must be followed in order to consider the administrative remedies "Exhausted."

Disciplinary sanctions should be appealed using the guidelines contained in the disciplinary appeals section of the inmate handbook.

Inmate Name: George Swinyer POD: A3-3 CFN: 51561 Date: 4-25-04

Accepting Officer: WINSTEAD PSN: 3816

STATE YOUR GRIEVANCE - PLEASE BE SPECIFIC:

I was denied access to a prisoner's litigation manual wherefore none is available in the law library. I was told to ask my attorney, whereas it is in file or on document that I am pro se and indigent. And yet this book can be obtained by this facility through the law library not more than 50 feet away, or by other means, which denies me adequate legal materials and access to the courts, etc.

WHAT RESOLUTION ARE YOU REQUESTING?

I would like access to the Book or a Book called Prisoner's litigation manual.

Revised: Nov. 2000

LEVEL 1 - SHIFT SUPERVISOR

RESPONSE:
My information shows you do have an attorney - Robert Lewis. He would certainly be able to supply you with that information. If you do have a case pending in which you are pro se, please supply me with the case # fc verification. F.Y.I. The library is being inventoried at this time to replace any books that may be missing.

SHIFT SUPERVISOR NAME: Sgt Mx 3264 RESPONSE DATE 4/27/04

LEVEL 2 - WATCH COMMANDER: DATE SUBMITTED: 4-28-04

RESPONSE:
Mr. Swinyer: I just spoke with the staff at the Clark County law Library I was told that they do not have one, nor have they heard of one. If you need a certain form, please send out a specific request. Our only obligation, is to provide you with access to the courts, not to provide you with manuals that make you an effective litigator.

WATCH COMMANDER NAME: Cmdr. Bennett RESPONSE DATE 4/29/04

LEVEL 3 – JAIL ADMINISTRATOR: DATE SUBMITTED: 5-4-04

RESPONSE:
Denied. There is no constitutional Requirement nor case law that requires us to provide you with any specific Law Book. As you can see above the law Librarian doesn't Recognize the name of the book you are requesting so it is not available to you here. No Rights have been Violated so no action can be taken to Resolve your grievance

LEVEL 3 – JAIL ADMINISTRATOR: Joe Dunegan RESPONSE DATE: 5-5-04

Revised: Nov. 2000



CLARK COUNTY CUSTODY DIVISION
**INMATE REQUEST SLIP**

***ONE NAME PER KITE***
INMATES NAME: [illegible] CRN: 151361

CELL #: A3-3 DATE: 4-24-04

**INFORMATION NEEDED ON:** *(CIRCLE ONE)* Sentence, Fine, Cell Change, Commissary, Money Account, Program Request, Suggestions For Improvements, Disciplinary Appeals, Property, (Other.)

COMMENTS: (BE SPECIFIC) ***ONE REQUEST PER KITE***

Your law library does not have a prisoners litigation manual (Book) in it. It also does not have forms for filing motions or petitions, etc. Nor is a law library clerk available. As well as many important books and updated books are not available. I'd like to have access to a prisoners litigation manual (Book) imediately. wherefore I have court deadlines to meet and/or to file motions or petitions, etc. of course it should be given within a reasonable amount of time. Two weeks I believe is more than reasonable. whereas a law library is just less than 50 feet away in the courthouse next to this jail. That I believe is accessible to this facility

**RECEIVING OFFICER:** JAMES 4117 **DATE:** 4-24-04

**FORWARDED TO:** SGT. SCHAUB **DATE:**

**ANSWER TO REQUEST:** Contact your attorney for any legal needs you may have. Access to the courthouse law library will not be granted.

**RESPONDING OFFICER / CLERK:** Sgt [illegible] 3264 **DATE:** 4/25/04

7/98

CLARK COUNTY CUSTODY DIVISION

**INMATE REQUEST SLIP**

***ONE NAME PER KITE***
INMATES NAME: George Swinyer CRN: 151561

CELL #: A3-3 DATE: 4-24-04

**INFORMATION NEEDED ON:** *(CIRCLE ONE)* Sentence, Fine, Cell Change, Commissary, Money Account, Program Request, Suggestions For Improvements, Disciplinary Appeals, Property, (Other.)

COMMENTS: (BE SPECIFIC) ***ONE REQUEST PER KITE***

I would like a duty Roster of the officers names so that I may have [illegible] certain names of officers and their PSN # (Numbers) for legal purposes, etc.

**RECEIVING OFFICER:** Anderson **DATE:** 04/24/04

**FORWARDED TO:** **DATE:**

**ANSWER TO REQUEST:**

THIS IS NOT A PIECE OF REFERENCE THAT YOU WILL BE ALLOWED.

**RESPONDING OFFICER / CLERK:** [signature] 5910 **DATE:**



# INMATE REQUEST FOR LEGAL COPIES

INMATE NAME: George Swinyer CFN#: 151561

CELL# A2-4 DATE: 5-5-04

I request 130 copies made of the attached (listed) document(s).
I authorize deduction of funds from my account at the rate of $.15 per copy.

Comments: Denied – Kites or grievances are not "legal" documents, misc. papers that you wrote – you can make copies by writing them again. Sgt Anderson 3142 5/6/04

INMATE SIGNATURE: George Swinyer

RECEIVING OFFICER/PSN ______________________ DATE: ____________

FORWARD TO: **SHIFT SERGEANT** DATE REC'D: ____________

DATE COPIES MADE: ____________

# OF COPIES MADE: ____________

OFFICER INITIALS/PSN: ____________

Forward copies, original document(s) and pink copy of request form back to inmate.
Forward this request form back to the Commissary Clerk for further processing.

FORWARD TO: **COMMISSARY CLERK** DATE REC'D: ____________

ACCOUNT BALANCE: ____________

# OF COPIES ________ x $.15 = ____________

CLERK INITIALS/PSN: ____________

DISTRIBUTION:

- White - to Commissary Clerk
- Yellow - to Commissary Clerk (to be returned to inmate after account charged)
- Pink - to inmate with the photocopies

Revised 6-14-01

Donald A. Esau, P.S.
Attorney at Law
601 E 22nd St
Vancouver Washington 98663-3208
Tele: 360/694-9982 Fax: 360/604-3544
E-mail: don@donesaulaw.com

April 22, 2004

**LEGAL MAIL:**
**Hand-delivered:**
George Swinyer
Clark County Jail Inmate #151561
Vancouver WA 98660

Re: Balance of Personal Documents and Grievances
File No. 1479

Dear George:

I'm sorry that I won't be able to help you any further. Enclosed is the balance of all the papers that you have given me regarding your grievances, research and any other papers.

Sincerely,

Donald A. Esau
Attorney at Law

Enclosure

# Clark County Sheriff's Department
## Custody Branch
## Memorandum

Date: April 19, 2004

To: Swinyer, George CFN# 151561 CELL: A2

From: Classification Sergeant 𝓂𝓁 37641

Subject: Review of placement into Administrative Segregatio Protective Custody

Reference: Placement Date: April 2, 2004

Next Review: April 26, 2004

---

**You will remain in administrative segregation for the following reasons:**

You recently returned to our facility and prior to arriving you sent a letter the the jail chief requesting protective custody while you were here.

You have a lengthy disciplinary and housing history in this facility and your past behavior has shown that you do not follow the laws and rules of this facility.

You have been placed on protective custody for your safety and the safety of others and your behavior will be monitored by classification and jail staff.

Operation Cdr (e-mail)
Disciplinary Sgt (e-mail)
Classification
Inmate file
Inmate copy

CLARK COUNTY CUSTODY DIVISION

**INMATE REQUEST SLIP**

***ONE NAME PER KITE***
INMATES NAME: George [illegible] CRN: 151561

CELL #: A2-1 DATE: 4-17-04

**INFORMATION NEEDED ON:** *(CIRCLE ONE)* Sentence, Fine, Cell Change, Commissary, Money Account, Program Request, Suggestions For Improvements, Disciplinary Appeals, Property, Other.

COMMENTS: (BE SPECIFIC) ***ONE REQUEST PER KITE*** I am wanting to k the procedures, policies, common practice, duties and administrative laws, as to the custody officer's duty(s) to administer or uphold or ensure the safety and wellbeing of the Ja custody officer's and inmates. Example: if an officer is standing within 5 feet from an inmate when an inmate is assaulted by another officer(s) or inm what should that officer do? what are the officer's duties, policies, common prac procedures, etc. such as, is the officer to just stand and watch the incid or is the officer supposed to take action and interviene. or is the officer to file a report or not file a report, etc. please provide this information.

RECEIVING OFFICER: WINSTEAD 3896 DATE: 4/17/04

FORWARDED TO: SGT DATE:

ANSWER TO REQUEST: Our Policy and Procedures are confidential, and we do not respond to "what if" examples. If you have a specific complaint regarding a specific officer, please supply us with the details.

RESPONDING OFFICER / CLERK: Sgt [illegible] 3264 DATE: [illegible]/18/04

CLARK COUNTY CUSTODY DIVISION

**INMATE REQUEST SLIP**

***ONE NAME PER KITE***
INMATES NAME: [illegible] CRN: [illegible]

CELL #: [illegible] DATE: [illegible]

**INFORMATION NEEDED ON:** *(CIRCLE ONE)* Sentence, Fine, Cell Change, Commissary, Money Account, Program Request, Suggestions For Improvements, Disciplinary Appeals, Property Other.

COMMENTS: (BE SPECIFIC) ***ONE REQUEST PER KITE***

[illegible] a couple of legal [illegible] wherefore I don't have the address as it was not in the phone book, And/or is a 1-800 number. Not to mention I have a Right to legal phone calls that are not monitored or recorded. And your Jail phone [illegible] all calls, e/c. 4th 6th, 14th amendments Rights. Please [illegible].

**RECEIVING OFFICER:** Anders **DATE:** 5/4/04

**FORWARDED TO:** Sgt. **DATE:** 5/4/04

**ANSWER TO REQUEST:** The jail phones in the units do not monitor and record any phone calls. You do have a right to "reasonable access" to the courts, which means you can write letters and use the inmate phones in the cell area.

**RESPONDING OFFICER / CLERK:** Sgt [illegible] 3264 **DATE:** 5/5/04

7/98

Letter #[illegible]

1

[illegible] Property [illegible]

5-3-[illegible]

From [illegible] Jr.
Doc # [illegible], Unit # [illegible]

I have wrote to [illegible] of your facility in regards to my personal property, which contains important legal documents, research materials and miscellaneous property. The property box's have been sent on the [illegible] with me. However [illegible] my last letter was [illegible] on [illegible]. I [illegible] to have my property sent to me. The facility failed to meet that [illegible] of 4 [illegible]. I [illegible] within [illegible] days. And your facility is holding legal materials I need. And thus delaying my filing [illegible] access to the courts. This is my second request for the return of my property. I recently received a letter from Walla Walla (WSP) stating Shelton prison [illegible] back to Walla Walla (WSP) And that only one [illegible]. There should have been two boxes sent, not [illegible] the stuff I [illegible] at Shelton prison, whereas when I arrived at Walla Walla (WSP) prison my stuff was placed in long term storage [illegible] Segregation. However upon my request I was [illegible] of my legal materials from my property. These legal [illegible] property was [illegible] to Shelton prison. [illegible] tonight shift officer's for boxing [illegible] on



Letter to prison's [illegible]

To the prison Superintendent [illegible] Sgt.

4-14-04

I am now [illegible] county jail [illegible] I have still not recieved my property containing but not limitted to my legal materials and documents. As well as other [illegible]. It has been just over two weeks since my transfer. My property should have been sent with me on the [illegible] transport [illegible] where I am now. This is a pure deliberate [illegible] my rights [illegible] and my rights as a [illegible] litigant. And is thus harming me in ways that will affect my [illegible] case and civil case. And is thus [illegible] my access to the courts and right to defend myself adequately. [illegible] send all [illegible] property to the [illegible] county [illegible] before 4-22-04. P.O. Box [illegible] Vancouver, WA. 9866[illegible].

I, [illegible], Declare under penalty of perjury that I served the foregoing [illegible] mail [illegible] of the washington state penitentiary [illegible] and same to the [illegible] Superintendent/Warden on 4-14-04

4-14-04
Date

George [illegible]
Signature of [illegible]/Defendant

(1)

To the honorable [illegible] Residing

[illegible]

From George [illegible] Swinger Jr.

Due to the clerks negligence of not sending me the prose forms and example forms I requested I do not have all the forms I needed for the filing of the case [illegible] [illegible] for due to the harassment negligence or retaliation of the Jail custody officers and [illegible] letter to the clerk disappeared. The Jail refused me copies. wherefore I could not prove and have no idea of which to be true. But my past knowledge of the court clerk's negligence is that the clerk does not file such motions or answer letters as the clerk should.

I George Swinger Swear under penalty of perjury that the foregoing is true [illegible] the [illegible] [illegible]. See attached letters.

5-2-04

Date

George C. Swinger Jr.

Signature of Plaintiff Pro Se

(1)

To Miss Joanne McBride, court clerk.

4-18-04

Hello!

I am requesting the following Information and Forms:

I would like to get any information [illegible] my related materials to filing a 42 USC. Sec. 1983 civil Rights [illegible] [illegible] and county and an officer who assaulted me. Wherefore I am pro se and an indigent inmate. Please [illegible] forms for the filing of [illegible] and [illegible] of these things.

Also please provide an example complaint so that I may [illegible] filing and [illegible] to file it.

And please provide motions and example(s) of [illegible] for injunctive relief and temporary restraining order [illegible] so that I may get my legal materials and documents from prison. whereas they have not [illegible] my filing of this civil suit, and interfering with my access to the courts [illegible] my case may be [illegible] dismissed. And therefore I also ask for forms to [illegible] to [illegible] the timeframe for filing [illegible].

I [illegible] JR, swear under penalty of perjury that I [illegible] the court clerk Joanne McBride the foregoing letter by U.S. mail on 4-18-04

4-18-04
Date

George [illegible] [signature]
Pro se / Plaintiff Signature

27