04-CV-05348-LTR

FILED ___ LODGED
RECEIVED
JUL 21 2004 -14-04
CLERK U.S. DISTRICT COURT
CASE # C04-5348RBL/JKA

To The Clerk
From George C. Swinfer Jr.

I Recieved your letter of 7-12-2004.
And I am very upset and angry. I sent the complaint
just as I did with the other case case #C04-5347
RBL/KLS. I sent the complaint on the case
with the printed complaint same as other. If you
miss placed it or lost it or these officers did
something to it how am I to be the blame.
I know for a fact I sent it. And I'll swear
under oath, God, lie detector or anything else
you put before me. You don't provide me much help
with this stuff either. I don't even understand half
this stuff. So all I can do is let things happen. They
won't even make copies for me here. And I've already
proven that by their own signed papers. What else
can I do. I ask the court's for help. And you
don't help. It's like talking to a wall. I've came up
short all around. Try to leap over a deep pit with spikes
in it and I still fall in. What can I do nothing for I
know nothing. I don't even know how to format forms
I need. All I can do is try. And then have my
case dismissed because I did it wrong.
I hope these motions for counsel are correct
my hand hurts and is half numb from all this writing.
will you not help me.

P.S. I also sent a copy of complaint C04-5348RBL/JKA to be served on defense counsel. Dennis Hunter for defendants Cole, yet AL. In your letter of June 8,04 it evenstates insufficient copies were sent of the complaint. Now you say no complaint was sent. Please look for it. It will take too long to re-write it.

P.S. Forgive me if I seem rude for not being so, but this is something I don't understand.