04-CV-05348-LTR

JUL 26 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

7-19-04

From George C. Swinger JR.      CASE No. C04-5347RBL/KLS

CASE No. C04-5348RBL/JKA

I am unsure what all has been sent to you. And therefore I am sending you numerous marked exibits. Some may be new, some are old. I have written over a thousand of these. some others I do not have in my possession. They are in safe keeping with my defense counsel in my criminal case. He was court appointed. IF you would like to send me the extras back please do so. IF not destroy them. And replace with these that are marked exibits. But remember some are not here and some are and some are new or may be new. Sorry For the inconvience. The officer's have continued to ransack my stuff leaving it all disorganized etc. Inclosed is also a copy of the cole case no. C04-5348RBL/JKA I managed to have an unnamed source copy it.

Some of these things I have sent for copying and something has come up missing quite often. As well as these retaliatory searches, etc. It is hard being in a place that you are suing. It's an every day war to stay alive, unhurt, and from committing new crimes because you want or feel you should defend yourself in some way. Because you've done everything you could. exausted all remedies, grievances/lawsuits, etc. And yet you're still treated like a piece of Shit. I've not even been able to see my family or talk to them for over a year. The prison still has not sent my property. Risk management has not responded to my letters. The defense counsel

Bring up one space
↓
In the cole case - etc.

in the cole case has not responded to any of my letters. But what can I do about it? For I have no resources and no knowledge of any of this stuff. The little I could do I've done. All the things I was trying to learn - summary judgment - etc the forms for all of this was in my prison property they won't give me. I want to file another suit about this, but I would overburden myself more than I am already and more than the courts. I question myself about how many things I can send to this court as to the amount of defendants there are, etc. I don't know what to do. They mess with my food, my legal papers, my mail, and everything else. One day I just know I'm going to flip out and do something wrong. Even if its standing up for what I believe in, or what's right. But I can only take so much. Already I've tried digging through the wall and was charged with malicious mischief. When I was a child age 12 to 19 I was diagnosed with many mental problems one said I might have organic brain damage, others said split personalities, I don't cope with others they say, they say I'm demanic depresent, etc. I've tried killing myself and everything else. But what do they care. They don't even have people that really try to help you out here. Their psychiatrist lie and mess with you. Their medical staff change medications without telling you, they stop your medications without forewarning you, etc. Now I just try to live. But I live in torment. Why? What do I do? I have a 3 year old son. Born on halloween. I want to be there for him. I want to get as much money from these people as possible for all these things they've done. But its for the future of my son. Will this court continue to ignore my pleas for help, one day I may just turn up dead in here. Then what will happen? Probably nothing! George C. Swinger Jr.

1

P.S.

I just recieved your two letters today 7-19-04. I recieved it after writing the first 2 pages of this letter.

It is very upsetting. You now say I have not sent you the complain of the case swinyer v. Dunegan C04-5347RBL/kLS.

Last time you stated I did not send a copy of the swinyer v. cole C04-5348RBL/JKA.

I am yet confused.

You stated I had until August 13th 2004 to send a copy of the cole complaint to you.

Here you state the other case of swinyer v. Dunegan and that I have until 8-6-04 to send a copy of that case. I don't even believe I could possibly make that time frame due to my having to write it out. And due to my medical condition.

Do I have to send a copy of all these letters to the other parties. And how do I have the u.s. marshalls serve the other parties. I thought they did that once they recieved the marshalls forms.

You should have recieved both complaints in those 3 manilla envelopes I sent at the same time. What is a addendum?

I don't know these things. I believe it would be a complete failure and abuse of descretion if the judge dismisses these cases.

But if the judge does I might as well become pre-paired. So please send me forms and all related information on the appeal process. And time frames., etc.

I've already had one case thrown out of this court because of my lack of knowledge. I don't want it to happen again.

Thank you for your time and concerns.

George C. Swinyer JR.