UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE C. SWINYER, JR.,

    Plaintiff,

v.

MICHAEL COLE, *et al.*,,

    Defendants.

Case No.  C04-5348RBL

ORDER DENYING MOTION FOR PRODUCTION OF DOCUMENTS

The Court, having reviewed Plaintiff's motion for production of documents (Doc. 34), the pleadings and documents filed in support and in opposition thereto, and the balance of the record, does hereby find and ORDER:

(1) Plaintiff's motion to compel production is DENIED.  Local rules require parties to make reasonable efforts to resolve discovery disputes without court intervention.  Local Rule CR 37(a) states:

> A good faith effort to confer with a party or person not making a disclosure or discovery requires a face-to-fact meeting or a telephonic conference.  If the court fins that counsel for any party, or a party proceeding pro se, willfully refuses to confer, fails to confer in good faith, or fails to respond on a timely basis to a request to confer, the court may take action as stated in GR3 of these rules

Plaintiff has not shown the court that a reasonable effort to confer with defendants' counsel has been made regarding to the discovery matters.

DATED this 14th day of December, 2004.

        */s/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER
Page - 1