united States District court
western District of washington
At Tacoma




George c. Swinger, JR.,
Plaintiff,

vs.

Michael B. cole, Joe Dunegan, william Sofianos, Nick Jendreau, They are sued in their individual and official capacities.
clark county, washington, is a Municipality of the state of washington,
Defendants,

NO. C04-5348RBL

Amended complaint
42 U.S.C. Sec. 1983
By A prisoner

1. This is a civil action seeking damages against Defendants for committing acts, under color of law, which deprived plaintiff of his rights secured under the Fourth, First, Eighth and Fourteenth amendments to the united States constitution and laws of the united States, with intent to deny paintiff equal protection of laws, and for refusing or neglecting or intentionally to prevent such deprivations to plaintiff. The court has Jurisdiction of this action under 42 U.S.C. §1983 and 28 U.S.C. §1343.

2. The court also has Jurisdiction under 28 U.S.C. §1331 and its general or original Jurisdiction.

3. Plaintiff George c. Swinger, JR. is a citizen and resident of the city of vancouver, State of washington and the united States of America.

4. Defendant clark county is a municipal corpation, organized under the laws of the State of washington.

5. Defendant Joe Dunegan is the Jail administrator for the county of clark, city of vancouver, state of washington at all times relevant to this complaint.

George c. Swinger JR. 844528
1313 N. 13th Ave.
walla walla, WA. 99362

04-CV-05348-CMP

6. Defendants Michael B. Cole, Nick Jendreau and William Sofianos were or are custody officers employed by the law enforcement office or Jail, of the city of Vancouver, county of Clark, State of Washington.

7. Plaintiff sues each and all Defendants (Except the county) in both their individual and official capacities.

8. At all times material to this complaint, Defendants Michael B. Cole, Joe Dunegan, Nick Jendreau, William Sofianos ~~and~~ GS. acted under color of the Statutes, customs, ordinances, and usage of the State of Washington, the city of Vancouver, county of Clark, and the Law enforcement office OR Jail. or individualy while in uniform and on duty.

count I

1. On or about August 27, 2002 at approximately 11:00, plaintiff was working as a Jailhouse laundry trustee at the Clark county, Vancouver Jail located at W. 13th street, city of Vancouver.

2. Defendants William Sofianos, Nick Jendreau and Michael B. Cole were walking by the control both located approximately ten to twenty feet from the Sally port.

3. Plaintiff at the same time was on his way to check to see if the lunch carts had arrived in or at the Sally port.

4. Plaintiff and defendants William Sofianos, Nick Jendreau and Michael B. Cole were headed or going to the Sally port. But not together.

5. Plaintiff walked a short distance behind Defendant Michael B. Cole.

6. Plaintiff asked Defendant Michael B. Cole what's up.

7. Defendant Michael B. Cole either did not hear plaintiff or intentionally ignored plaintiff.

8. Plaintiff is usually soft spoken.

9. Upon Plaintiff and Michael B. Cole's reaching the Sally port, whereas, we were last to get to the Sally port, Plaintiff said Jokingly "So are we all gonna get some donuts today", or something similar.

George C. Switzer JR. 844528
1313 N. 13th Ave.
Walla Walla, WA. 99362

10. Plaintiff had at one time prior to this incident or complaint a fairly good relationship with Officer's at the Jail in general.

11. Defendant Michael B. cole responded immediately to plaintiff's statement.

12. Defendant Michael B. cole turned semi quickly stating "what'd you say you little punk". (or what'd you say you little fucking punk).

13. Defendant Michael B. Cole while turning and stating this had a huge black duffle bag balanced on his shoulder in which he slammed to the ground.

14. Defendant Michael B. cole immediately after slamming the huge Black Duffle bag to the ground intentionally charged directly at plaintiff grabbing plaintiff by the throat, shoving plaintiff backwards almost off balance, shoving plaintiff into the wall, pinning plaintiff to the wall, choking plaintiff and started to punch plaintiff, but some reason chose not to punch plaintiff.

15. Defendant Michael B. Cole threatened plaintiff, however plaintiff is having a hard time with remembering the words of the threat and therefore may agree to omit to this threat or not include it.

16. Defendant Michael B. Cole while choking and pinning plaintiff by his throat against the wall told plaintiff "don't you ever say that again". (or don't you ever say that to me again). "Do you understand?"

17. Plaintiff could not breath and responded with a croak that was obviously not good enough or audible enough to satisfy Defendant michael B. Cole's wants or desires.

18. Defendant Michael B. cole repeated himself "do you understand?"

19. Defendant Michael B. cole loosened the grip slightly that he had around plaintiff's exauphigus or windpipe.

George C. Swinyer JR. 844528
1313 N. 13th Ave.
walla walla, WA. 99362

20. plaintiff still once again could only respond with a croak although slight more audible. This response obviously satisfied defendant cole's wants and desire, wherefore, he released plaintiff and told plaintiff to "go back where you came from."

21. Defendants william sofianos and Nick Jendreau both Stood within approximately five to ten Foot radius of plaintiff and defendant michael B. cole.

22. Defendants william sofianos and Nick Jendreau GS. intentional ignored the Fact that plaintiff was intentionally being assaulted by defendant Michael B. Cole.

23. Defendants william sofianos and Nick Jendreau intentionally stood with feet molded to the ground and watched plaintiff be intentionally assaulted by Defendant Michael B. cole.

24. Defendant william sofianos and Nick Jendreau intentionally failed to protect plaintiff from defendant Michael B. cole.

25. Defendants william sofianos and Nick Jendreau had a duty, and that duty was to protect plaintiff From an intentional assault committed by Defendant Michael B. cole, while in their presence.

26. plaintiff was unarmed, and at no time did he provoke Defendant Michael B. Cole, or assault or resist Defendant michael B. Cole.

27. plaintiff at the time of the assault was a convicted inmate in closed custody at a city or county or both Jail.

28. As a result of the assault by defendant Michael B. cole, plaintiff sufered unknown physical injuries, wherefore plaintiff has at all times material hereto been denied certain medical care.

29. However, plaintiff had minor guages in the skin GS. of his throat due to Defendant michael B. cole's nails digging into the skin, Soreness or pain in his throat for several months, soreness or pain in his Knee

George c. Swinyer JR. 844528
1313 N. 13th Ave.
walla walla, WA. 99362

and a knott on the head, most severely mental, psychological and emotional anguish, anxiety or trauma.

30. Furthermore, due to Defendants Nick Jendreau and William Sofianos Failure to protect plaintiff, Plaintiff was injured as a result and suffered said injuries.

31. As a result of their intentional unlawful and malicious acts towards plaintiff, Defendant william sofianos and Nick Jendreau intentionally, or with deliberate indifference and callos disregard of Plaintiff's rights, deprived plaintiff of his right to equal protection of the laws and rights secured by the constitution and laws of the united States and state of washington, in violation of the 4th, 8th and 14th amendments of the constitution of the united states and 42 u.s.c. §1983.

32. As a result of his intentional unlawful, malicious and arbitrary and capricious physical abuse of plaintiff, defendant Michael B. cole intentionally and deliberately and callous and deliberate indifference disregarded plaintiff's rights, deprived plaintiff of his right to equal protection of the law and in violation of the First, Fourth, Eighth and Fourteenth amendments of the constitution of the united states of America and 42 U.S.C. §1983, and State laws.

Wherefore, Plaintiff demands Judgment against Defendants Nick Jendreau and william sofianos, Jointly and Severally for compensatory damages in the amount of $2,000 and further demands against each of said defendants (except the county, and defendants Michael B. Cole and Joe Dunegon), Jointly and Severally, For Punitive damages in the amount of $3,000 plus the cost of this action and such other relief as the court deems just and equitable.

Wherefore, Plaintiff demands Judgment against Defendant Michael B. cole, severally, For compensatory Damages in the amount of $2,000 and furthe demands Judgment against Defendant Michael B. cole, severally,

George C. Swinyer JR. 844528
1313 N. 13th Ave.
walla walla, WA. 99362

For punitive damages in the amount of $55,000, Plus costs of this action and such other relief as this court deems Just and equitable.

Count II

1-32. Plaintiff realleges paragraph 1-32 of count one as paragraphs 1-32 of count II and hereby incorporates them in this count as though fully set forth herein.

33. At all times relevant to this complaint Defendants Michael B. cole, Nick Jendreau, and William Sofianos, as custody officers of the clark county, Vancouver, washington Law enforcement office or Jail, were acting under the direction and control of Defendant Joe Dunegan and Defendant clark county.

34. Acting under color of law and pursuant to official policy or custom or practice, Defendants Joe Dunegan and clark county knowingly, recklessly, or with deliberate indifference and callous disregard of plaintiff's rights, failed to instruct, supervise, control and discipline on a continuing basis Defendant custody officers, or custody officers in general in their duties to refrain from: (1) unlawfully and maliciously harassing a citizen (inmate) who was actin in accordance with his constitutional and statutory rights, privileges and immunities, (2) unlawfully and maliciously assaulting a citizen (inmate) or otherwis using unreasonable and excessive force, and (3) otherwise depriving plaintiff of his constitutional and statutory Rights, privileges and immunities. As would be applied to the individual defendants acts.

35. Defendant Joe Dunegan and clark county had knowledge or, had they deligently exercised their duties to instruct, supervise, control, and discipline on a continuing Basis, should have had knowledge that the wrongs created by and done by defendants Michael B. cole, Nick Jendreau and William Soflanos or their failure to act, herefore alleged were about to be committed,

George C. Swinger JR. 844528
1313 N. 13TH Ave,
walla walla, WA. 99362

Defendants Joe Dunegan and clark county had power to prevent the commission of said wrongs, could have done so by reasonable delegence, and knowingly, recklessly, or with deliberate indifference and callous disregard of plaintiff's rights failed or refused to do so.

36. Defendants Joe Dunegan and clark county had knowledge by Means of another custody officer's report, while Defendant Michael B. cole was in the academy, was unfit for the Job for being hired. (or while Defendant cole was in training).

37. Defendants Joe Dunegan and clark county hired and allowed Defendant Michael B. Cole to work in or at said Jail, Thereby, knowingly, Recklessly, deliberately and callously allowed an unstable, unfit. citizen to become an office, knowing the potential Risk that Defendant Michael B. cole posed, And likeliness he might commit such wrongful acts, as he has committed, subsequently resulting in plaintiff's assault, injuries and deprivation of his rights.

38. Defendants Joe Dunegan and clark county, directly or indirectly, under color of law, approved or ratified the unlawful, deliberate, Malicious, reckless and wanton conduct of Defendant Michael B. cole heretofore described.

39. Defendants Joe Dunegan and clark county, directly or indirectly, under color of law, approved or ratified the unlawful, deliberate, wanton conduct of defendants Nick Jendreau and william Sofianos. Heretofore described.

40. AS A direct and proximate cause of the acts of Defendants Joe Dunegan and clark county as set forth in paragraph 33-39, Plaintiff suffered physical injury, medical expenses, and severe mental anguish and anxiety in connection with the deprivations of his constitutional and statutory rights guaranteed by the First, Fourth, eighth and Fourteenth amendments to the constitution of the united states. and protected by 42 U.S.C. §1983.

George c. Swinyer JR. 844528
1313 N. 13th Ave.
walla walla, wA. 99362

WhereFore, PlaintiFF demands Judgment against Defendants Joe Dunegan and clark county, Jointly and Severally, For compensatory damages in the amount of $2,000, and Further demands Judgment against Defendant Joe Dunegan, Severally, For punitive damages in the amount of $3,000, plus the costs of this action and any such other relief as this court deems Just and equitable.

WhereFore, plaintiff prays in the alternative, Judgment against Defendants Michael B. Cole, Joe Dunegan, Nick Jendreau, william 65 Sofianos and clark county, Jointly and severally, for compensatory damages in the amount of $8,000, and Further demands Judgment against each said Defendant (except the county), Jointly and severally, For punitive damages in the amount of $65,000, plus the costs of this action and such other relief as this court deems Just and equitable.

And a Jury if practicable or deemed necessary or appropriate.

Signed this 17th day of January 2005.

George C. Swinyer JR.
George C. Swinyer JR.

George C. Swinyer JR 844528
1313 N. 13th Ave.
walla walla, WA. 99362

# AFFidavit

State OF washington )
SS :
County OF walla walla )

I George C. Swinyer, JR., declare and depose and state the Following:

1. I am the plaintiFF in the above referenced case.

2. And that I make this declaration on my own behalf, and state as Follows:

This complaint is written in the Form due to plaintiFF not having the complaint Forms needed to do so.

This Should be considered a Supplemental or substitute until plaintiFF can obtain necessary Forms, unless the courts deem otherwise.

PlaintiFF is currently being deprived his legal property.

PlaintiFF is also currently being deprived legal copying services and other legal services.

This complaint is written to better explain the Facts and include Jurisdiction oF this court and the appropriate capacities and relieF sought. As to plaintiFF knowledge and belief.

I declare under penalty of purjury under the laws of the State OF washington that the Foregoing is true and correct.

Subscribed and sworn to before me this 21st day oF January 2005.

Signed this 20th day oF January 2005.

George C. Swinyer JR

Wanda K. Heimann
Notary public in and For the State OF washington.
Residing in walla walla.
MY commission expires: 8/20/07

OFFICIAL SEAL
WANDA K. HEIMANN
NOTARY PUBLIC - STATE OF WASHINGTON
My Comm. Expires Aug...

George C. Swinyer JR, 844525
1313 N. 13th Ave.
walla walla, WA. 99362