UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE C. SWINYER Jr., <br><br>        Plaintiff, <br><br>      v. <br><br>MICHAEL COLE *et al.*, <br><br>        Defendants. | Case No.  C04-5348RBL <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    Plaintiff's Motion for Continuance [Dkt. #97] is **DENIED.**

    (2)    The Court adopts the Report and Recommendation;

    (3)    Defendants are entitled to summary judgement and this action is **DISMISSED WITH PREJUDICE.**

    (4)    Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

    DATED this 6th day of July, 2006.

                                  /s/ Ronald B. Leighton
                                  RONALD B. LEIGHTON
                                  UNITED STATES DISTRICT JUDGE