```
 1          United States District Court
 2          Western District of Washington
 3   George C. Swinger, JR.,
 4          Plaintiff,
 5   v.                          NO. C04-5348RBL
 6   Michael B. Cole, et al.,
 7          Defendants.          Notice of Appeal
 8      I hereby am informing you that I
 9   am appealing the asshole Ronald B. Leighton's
10   decision in this matter.
11      You have been hereby served Notice.
12   You're not getting away with this shit that
13   easy.
14
15      Signed this 10th day of July 2006
16
17                    George C. Swinger JR
18                    Plaintiff / Pro se
```



George C. Swinger JR 844529
P.O. Box 900
Shelton, WA. 98584

04-CV-05348-APP

George Swinger 844528 Emu6203
Washington corrections center
P.O. Box 900
Shelton, WA. 98584

OLYMPIA WA 985
11 JUL 2006 PM 1 L

9440243234 C907

Cm Gonzalez
United States District court
Western District of Washington
1717 Pacific Ave Rm 310
Tacoma, WA. 98402

LEGAL MAIL