# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON (Tacoma)

GEORGE C. SWINYER, JR.,

     Plaintiff - Appellant,

v.

MICHAEL COLE; et al.,

     Defendants - Appellees.

No.   06-35592
D.C. No.  CV-04-05348-RBL

**ORDER**



FILED ___ LODGED
_____ RECEIVED

OCT 0 6 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✗]

Explanation: *For the reasons in the Report & Recommendation [DKt. #96] and the Notice of Appeal [DKt. 100].*

_____

_____

_____

             Judge
United States District Court

Date: *October 6, 2006*

04-CV-05348-ORD

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

September 21, 2006

FILED
RECEIVED
LODGED

OCT 06 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY
DEPUTY

GEORGE C. SWINYER, JR.,

　　　　Plaintiff - Appellant,

　v.

MICHAEL COLE; et al.,

　　　　Defendants - Appellees.

No.   06-35592
D.C. No.   CV-04-05348-RBL

**REFERRAL NOTICE**

　　This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

　　If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

　　This referral shall not affect the briefing schedule previously established by this court.

　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　Cathy A. Catterson
　　　　　　　　　　Clerk of Court

　　　　　　　　　　By: Jeffery Crocker
　　　　　　　　　　Deputy Clerk