FILED

NOV 0 5 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

FILED

RECEIVED          LODGED

NOV 0 9 2007

BY WESTERN CLERK U.S. DISTRICT COURT
DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

GEORGE C. SWINYER, JR.,

    Plaintiff - Appellant,

v.

MICHAEL COLE; et al.,

    Defendants - Appellees.

No. 06-35592

D.C. No. CV-04-05348-RBL
Western District of Washington,
Tacoma

ORDER

On December 21, 2006, this court ordered appellant, within 21 days, to pay the filing fees and show cause why the judgment in this appeal should not be summarily affirmed. The order warned appellant that failure to pay the fees and to show cause would result in the automatic dismissal of the appeal by the Clerk of the Court. Appellant was given several continuances to file a response to the court's order. To date, appellant has not complied with the court's order.

Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.



**04-CV-05348-MAN**

06-35592

The certified copy of this order sent to the district court shall constitute the

mandate.

For the Court

Allison Taylor
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE
CAT... ...
Clerk ...
ATT...

by